Tenth Circuit granted. *Messrs. James A. Greenwood, Richard J. Jackson, George W. Ferguson,* and *T. S. Taliaferro, Jr.,* for petitioners. *Messrs. John W. Lacey, Elmer E. Todd, William M. Allen,* and *Clarence R. Innis* for respondent.

No. 595. LANG *v.* COMMISSIONER OF INTERNAL REVENUE. February 6, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Messrs. Washington Bowie, Jr.,* and *J. R. Sherrod* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key,* and *John G. Remey* for respondent.

No. 601. REINECKE, FORMERLY COLLECTOR OF INTERNAL REVENUE, *v.* SMITH ET AL. February 13, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Solicitor General Thacher* for petitioner. *Messrs. Albert L. Hopkins* and *Harry B. Sutter* for respondents.

No. 623. AMERICAN CAR & FOUNDRY Co. *v.* BRASSERT. February 13, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. Noah A. Stancliffe, John R. Cochran,* and *Paul R. Conaghan* for petitioner. *Mr. William Rothman* for respondent.

Nos. 585 and 586. ROYAL INDEMNITY Co. ET AL. *v.* AMERICAN BOND & MORTGAGE Co. February 20, 1933. The petition for writs of certiorari to the Circuit Court